1    GAYLE A. KERN, LTD.
     GAYLE A. KERN, ESQ.
2    NEVADA BAR #001620                              E-Filed on January 17, 2006
     5421 Kietzke Lane, Suite 200
3    Reno, Nevada 89511
     Telephone: (775) 324-5930
4    Facsimile: (775) 324-6173
     E-mail: gaylekern@callatg.com
5
     Attorneys for Ramey Wine Cellars
6

7
                        UNITED STATES BANKRUPTCY COURT
8
                              DISTRICT OF NEVADA
9
     In re:                                    Case No. BK-N-05-54616-GWZ
10
     ROBERT W. KRAL and                        Chapter 7
11   VICTORIA A. KRAL,
                                               **REQUEST FOR SPECIAL
12                                             NOTICE**
           Debtors.
13
     _____/        (NO HEARING REQUIRED)
14

15
     TO:    Stephen R. Harris, Esq., attorney for Debtor
16
            Request is hereby made that all notices, plans, disclosure statements, pleadings and papers
17
     filed or to be filed in the above-captioned case be sent to the following address as counsel for
18
     Ramey Wine Cellars:
19
            GAYLE A. KERN, LTD.
20          GAYLE A. KERN, ESQ.
            5421 Kietzke Lane, Suite 200
21          Reno, Nevada 89511
            Telephone: (775) 324-5930
22          Facsimile: (775) 324-6173
            E-mail: gaylekern@callatg.com
23
            DATED this 17th day of January, 2006.
24
                                               GAYLE A. KERN, LTD.
25

26
                                                   /s/ Gayle A. Kern
27                                             GAYLE A. KERN, ESQ.

1
## CERTIFICATE OF SERVICE

2       Pursuant to FRCP 5(b), I certify that I am an employee of the law firm of Gayle A. Kern,

3   Ltd., 5421 Kietzke Lane, Suite 200, Reno, NV 89511, and that on this date, I served the foregoing

4   document described as follows:

5
## REQUEST FOR SPECIAL NOTICE

6   on the party(s) set forth below by:

7   _____    Placing an original or true copy thereof in a sealed envelope placed
              for collection and mailing in the United States Mail, at Reno,
8             Nevada, postage paid, following ordinary business practices.

9
       X     Electronic filing.
10

11  U.S. Trustee                            Barry L. Solomon
    300 Booth Street, Ste. 2129             P.O. Box 11131
12  Reno, NV 89509                          Reno, NV 89510-1131

13
    Stephen R. Harris, Esq.
14  Belding, Harris & Petroni, Ltd.
    417 West Plumb Lane
15  Reno, NV 89509

16       DATED this 17th day of January, 2006.

17
                                   /s/ Gayle A. Kern
18                                 GAYLE A. KERN

19

20

21

22

23

24

25

26

27

2