William D. Cope, Esq., State Bar No. 1711  
COPE & GUERRA  
595 Humboldt Street  
Reno, Nevada 89509-1603  
Phone: (775) 333-0838  
Fax: (775) 333-6694  
Attorneys for Creditor  
Don Sabin

E-filed March 10, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

ROBERT & VICTORIA KRALL,

Debtor(s).

Case No.:    BK-N-05-54616-GWZ

Chapter      7

**REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that the undersigned hereby files a Request for Special Notice as follows: that copies of all notices and other papers filed in the above-referenced bankruptcy proceeding be given to and served upon the following:

> William D. Cope, Esq.  
> COPE & GUERRA  
> 595 Humboldt Street  
> Reno, Nevada 89509.  
> Fax (775)333-6694  
> E-mail cope_guerra@yahoo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopy, or otherwise filed with regard to the above case or proceeding therein.

DATED this ___10___ day of March, 2005.

COPE & GUERRA  
_/s/ William Cope_  
WILLIAM D. COPE, ESQ.

COPE & GUERRA  
595 Humboldt Street  
Reno, Nevada 89509  
775/333-0838  
FAX 775/333-6694

CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of COPE & GUERRA, 595 Humboldt St., Reno, NV 89509, and that on this __10th__ day of March, 2006, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the party(s) set forth below by:

__X__   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary business practices.

__X__   Electronic filing

Office of the U.S. Trustee
300 Booth St., Room 2129
Reno, Nevada 89509

Stephen R. Harris
417 W. Plumb Ln.
Reno, NV 89509

Robert & Victoria Kral
720 Schaad Ln.
Dayton, NV 89403

Barry Solomon
P.O. 11131
Reno, NV 89510

Don Sabin
8 Bunker Ln.
Pleasnaton, CA 94566
*Via Mail*

_____
Employee of COPE & GUERRA