LOUIS M. BUBALA, ESQ.
Nevada State Bar No. 008974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: lbubala@jonesvargas.com
   and   tbw@jonesvargas.com

Attorneys for California State Board of Equalization

Electronically Filed on
January 27, 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

ROBERT W. KRAL and
VICTORIA A. KRAL,

              Debtors.

Case No.  BK-N-05-54616-GWZ
Chapter   7

**REQUEST FOR SPECIAL NOTICE**

Hearing Date:
Hearing Time:

TO:   ALL INTERESTED PARTIES

      JONES VARGAS, attorneys for California State Board of Equalization, a creditor in the above-referenced bankruptcy, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

      Notices pursuant to this request are to be sent to the following address:

Louis M. Bubala, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
Reno, NV 89504-0281
Telephone: (775) 786-5000
Fax: (775) 786-1177
E-mail: lbubala@jonesvargas.com
        tbw@jonesvargas.com

      Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by of the following rights:

1. Right to have any final orders in any non-core matters entered only after de novo review by a United States Judge;

2. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

3. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitle under any agreements, at law or in equity, or under the United States Constitution.

California State Board of Equalization expressly reserves all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

DATED this 27th day of January, 2010.

JONES VARGAS


By:  //s// Louis M. Bubala
     LOUIS M. BUBALA, ESQ.

1427321.doc

**CERTIFICATE OF SERVICE**

1. On January 27, 2010, I served the following document(s):

    **REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:

    a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

    b. **United States mail, postage fully prepaid** (list persons and addresses):

    CECILIA LEE, LTD.
    CECILIA LEE, ESQ.
    510 WEST PLUMB LANE, SUITE A
    RENO, NV 89509

    c. **Personal Service** (list persons and addresses):
    I personally delivered the document(s) to the persons at these addresses:

    9    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    9    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    d. **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    e. **By fax transmission** (list persons and fax numbers):

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

1427321.doc

f.  **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 27th day of January, 2010.

| Barbara Copeland | //s// Barbara Copeland |
|---|---|
| Name | Signature |

JONES VARGAS
100 West Liberty Street, Twelfth Floor - P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1427321.doc